**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**NANCY MIZE and CHARLES MIZE** **PLAINTIFFS**

**V.** **CAUSE NO. 1:22-cv-00185-SA-DAS**

**MORGAN & MORGAN, P.A.;**
**MORGAN & MORGAN, PLLC;**
**MORGAN & MORGAN, DBA;**
**MORGAN & MORGAN MISSISSIPPI, DBA;**
**MORGAN & MORGAN MISSISSIPPI MANAGEMENT, INC.;**
**MORGAN & MORGAN MEMPHIS, LLC;**
**MORGAN & MORGAN MEMPHIS MANAGEMENT, INC.;**
**JOHN B. MORGAN; ULTIMA MORGAN;**
**JENNIFER L. MILLER; DAVID GOLD;**
**and THE GOLD LAW FIRM** **DEFENDANTS**

**MOTION TO DISMISS MORGAN & MORGAN, P.A.**
**FOR LACK OF PERSONAL JURSIDICTION**

**COMES NOW** Defendant Morgan & Morgan, P.A., by and through counsel of record and pursuant to F.R.C.P. 12(b)(2), and files its *Motion to Dismiss Morgan & Morgan, P.A. for Lack of Personal Jurisdiction* (hereinafter "*Motion to Dismiss*"), as follows:

**I.**

Plaintiffs filed their *First Amended Complaint* against multiple defendants in the Circuit Court for Alcorn County, Mississippi, alleging that jurisdiction and venue were proper in that court "because one or both Morgan & Morgan Defendants are domiciled in in [*sic*] in Mississippi." Doc. 2 at p. 5, ¶13.

**II.**

Morgan & Morgan, P.A. (hereinafter "MMPA") is not a resident of the State of Mississippi, did not enter into a contract or commit a tort in Mississippi, and does not have the requisite contacts with the State of Mississippi for this Court to have personal jurisdiction over it.

**III.**

In support of this *Motion to Dismiss*, MMPA relies on its Exhibit A – *Affidavit of Alexander Clem* and its *Memorandum Brief in Support of Motion to Dismiss Morgan & Morgan, P.A. for Lack of Personal Jurisdiction*.

**WHEREFORE, PREMISES CONSIDERED,** MMPA demands that Plaintiffs' *First Amended Complaint* be dismissed. MMPA further prays for any such alternative and addition relief this Court deems appropriate.

**RESPECTFULLY SUBMITTED,** this the 12th day of December, 2022.

**MORGAN & MORGAN, P.A.**

BY: /s/ *Robert F. Stacy, Jr.*
OF COUNSEL

ROBERT F. STACY, JR. – MS BAR NO. 7764
rstacy@danielcoker.com
LAUREN E. WARD – MS BAR NO. 105019
lward@danielcoker.com
DANIEL COKER HORTON & BELL, P.A.
265 NORTH LAMAR BOULEVARD, SUITE R
POST OFFICE BOX 1396
OXFORD, MISSISSIPPI 38655-1396
TELEPHONE: 662-232-8979
FACSIMILE: 662-232-8940

**CERTIFICATE OF SERVICE**

I, the undersigned counsel of record, do hereby certify that I have, this day, electronically filed the foregoing document with the Clerk of the Court using the ECF system and I have served this document by ECF to:

Matthew Wade Gilmer
matt@matthewgilmerlegal.com
MATTHEW WADE GILMER & ASSOCIATES, PLLC
P.O. Box 737
Iuka, Mississippi 38852

John O. Windsor
jw@windsorlaw.com
602 East Waldron Street
Corinth, Mississippi 38834
*Attorneys for Plaintiffs*

**THIS,** the 12th day of December, 2022.

/s/*Robert F. Stacy, Jr.*
ROBERT F. STACY, JR.